

HOME   ONLINE ASSESSING   SERVICES   REVALUATIONS   RESOURCES   ABOUT

CONTACT

CAMA

# 85 BOTKA HILL ROAD, Livermore, ME





## Property Information

Site: Map U27 , Lot 014
Town: Livermore
Tax Year: 2020
Owner: MARDOSA LORI A
Last Committed Tax: $1,017.45
See:
Includes:

Land Value: $27,898
Building Value: $76,818
Total Real Value: $104,716
Exemption Value: $25,000
Net Taxable Real Value: $79,716
Personal Property: $0

## Owner Information

Owner #1: MARDOSA LORI A
Mailing Address:
48 MACOMBER HILL RD
JAY, ME 04239
Trio Account #: 858

Book: 5205
Page: 56

Documents
- U27-014
- U27-014 Sketch

## Land Information

| Land Group: Type | Size | Method | Value | Total Adj | Adj Details |
|---|---|---|---|---|---|
| Primary Lot : Table 2 | 0.3 AC | Calculated | $11,898.00 | 100.0% | |

| | | |
|---|---|---|
| | 0.31 Ac | $11,898.0 |
| Tree Growth: | Open Space: | Farmland: |

## Site Information

| Description | Adjustment |
|---|---|
| SI Grade 3 | $16,000.00 |
| | $16,000.00 |

Lump Sum: $0

## Zoning Information

| Zoning | Description |
|---|---|
| No data available in table | |

## Primary Building Data

| Building Type | Area | Grade | Cond | F.Obs. | E.Obs. | Value | Color | Year |
|---|---|---|---|---|---|---|---|---|
| 1½-Story Frame | 580 | 3.25 | 80% | 100% | 100% | $66,091 | NAT | |
| 1-Story | 120 | 3.25 | 80% | 100% | 100% | $7,018 | | |
| Open Porch | 84 | 3.25 | 80% | 100% | 100% | $1,590 | | |
| Open Porch | 112 | 3.25 | 80% | 100% | 100% | $2,119 | | |

## Visit History

| Date | Purpose | Result | Individual |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 01/02/2020 | Equalization | Measure & List | Dan Kane |
| 03/10/2004 | Equalization | Callback | Dana Berube |
| 08/27/2003 | Equalization | Measure | Sally Mitchell |

## Exemptions

| Type | Value |
|---|---:|
| Homestead | $25,000 |

Back to Top