# ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, FIRST PORTLAND MORTGAGE CORPORATION, a corporation duly organized and existing under the laws of the State of Maine, its successors and assigns, hereby assigns and transfers to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., its successors and assigns, as nominee for CRESCENT MORTGAGE SERVICES, INC., its successors and assigns, Post Office Box 2026, Flint, Michigan 48501-2026, all its right, title and interest in and to a certain Mortgage executed by Lori A. Desousa to FIRST PORTLAND MORTGAGE CORPORATION in the amount of $69,350.00, bearing the date of November 22, 2002 and recorded on the __2nd__ day of __DECEMBER__, 2002 in the office of the Recorder of the __Androscoggin__ County Registry of Deeds, State of __Maine__ in Book __5205__, Page __58__.

This Assignment is not subject to the requirements of § 275 of the New York Real Property Law because it is an assignment within the secondary market.

IN WITNESS WHEREOF, the said FIRST PORTLAND MORTGAGE CORPORATION has caused Gerard P. Conley, Jr., its duly authorized Vice President, to sign and seal this instrument on November 22, 2002.

Witness

FIRST PORTLAND MORTGAGE CORPORATION

By: Gerard P. Conley, Jr.
Its: Vice President

State of Maine
Cumberland, ss.

On November 22, 2002, personally appeared the above-named Gerard P. Conley, Jr. and acknowledged the foregoing instrument to be his free act and deed, his free act and deed in his said capacity and the free act and deed of said corporation.

Before me,

Thomas W. Cloutier
Attorney at Law/Notary Public

**MERS MIN NUMBER:** 1000381-1001010709-3

**MERS Phone** 1-888-679-6377

ANDROSCOGGIN COUNTY
Jeannine D. Bergeron
REGISTER OF DEEDS

EXHIBIT E

Bk 10092 Pg115 #8066
05-30-2019 a 10:32a

RECORDING REQUESTED BY & RETURN TO:
PLANET HOME LENDING, LLC
321 RESEARCH PARKWAY SUITE 303
MERIDEN, CT 06450

## RATIFICATION OF ASSIGNMENT

KNOW ALL BY THESE PRESENTS THAT **CRESCENT MORTGAGE SERVICES, INC.**, a financial institution with a place of business in Georgia ("Lender"), as named Lender in the mortgage described below originally granted to **Mortgage Electronic Registration Systems, Inc. ("MERS"), as nominee for Crescent Mortgage Services, Inc.**, does hereby ratify the transfer of said mortgage as memorialized by the previous assignment of said mortgage by MERS to **PLANET HOME LENDING, LLC**, a Delaware limited liability company, dated November 22, 2002 and recorded in the Androscoggin County Registry of Deeds on December 2, 2002 in Book 5205, Page 77, and confirms its intent that MERS had the right to assign, enforce, and discharge Lender's interest in the mortgage, and does hereby ratify all action taken in accordance with said assignment by MERS.

The purpose of this instrument is to resolve any question as to MERS' authority to assign Lender's interest in said mortgage as raised by the Maine Supreme Judicial Court's decision in *Bank of America v. Greenleaf*, 2011 ME 89.

| | |
|---|---|
| Borrower: | Lori A. Desousa |
| Lender: | Crescent Mortgage Services, Inc. |
| Original Mortgagee: | First Portland Mortgage Corporation |
| Recording Date: | December 2, 2002 |
| Amount: | $69,350.00 |
| Registry: | Androscoggin County Registry of Deeds |
| Book: | 5205 |
| Page: | 58 |

CRESCENT MORTGAGE SERVICES, INC.

Dated: January 14, 2019          By: _____
                                 Title:     Chief Executive Officer
                                 Print Name: J. Donald Boggus, Jr.

STATE OF GEORGIA
COUNTY OF PICKENS

Personally appeared before me this __14__ day of January, 2019, the above-named J. Donald Boggus, Jr., Chief Executive Officer on behalf of Crescent Mortgage Services, Inc. and acknowledged the foregoing to be his/her free act and deed in said capacity.

_____
Donna M Johnson

My Commission Expires:            Type/Print Name: _____
                                  Notary Public
2-20-21                           (NOTARY SEAL)

PROPERTY ADDRESS:
85 Botka Hill road, Livermore, Maine

ANDROSCOGGIN COUNTY
TINA M CHOUINARD
REGISTER OF DEEDS

LEGAL        iv1