RECORDING REQUESTED BY & RETURN TO:
PLANET HOME LENDING, LLC
321 RESEARCH PARKWAY SUITE 303
MERIDEN, CT 06450

## QUITCLAIM ASSIGNMENT

WHEREAS, **Crescent Mortgage Services, Inc.**, a financial institution with a place of business in Georgia ("**Lender**"), as named Lender on a certain mortgage executed by Lori A. Desousa, and bearing the date of the 22nd day of November, 2002 and recorded on the 2nd day of December, 2002 in the Androscoggin County Registry of Deeds in Book 5205, Page 58 ("**Mortgage**");

WHEREAS, **Lender** has certain rights that are described in the Mortgage;

WHEREAS, **Mortgage Electronic Registration Systems, Inc. ("MERS")** was designated the mortgagee in the Mortgage as the nominee of **Lender** and its successors and assigns, and MERS was the mortgagee of record;

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS had in the Mortgage; and

WHEREAS, **Lender** wishes to convey and assign any and all rights it may have under the Mortgage.

Accordingly, **Lender** hereby assigns and quit claims to **PLANET HOME LENDING, LLC**, a Delaware limited liability company, all of its rights, title and interests (whatever they may be, if any) in the Mortgage.

**CRESCENT MORTGAGE SERVICES, INC.**

Dated: January 14 2019

By: _____
Title: Chief Executive Officer
Print Name: J. Donald Boggus, Jr.

STATE OF GEORGIA
COUNTY OF PICKENS

Personally appeared before me this 14 day of January, 2019, the above-named J. Donald Boggus, Jr., Chief Executive Officer on behalf of Crescent Mortgage Services, Inc. and acknowledged the foregoing to be his/her free act and deed in said capacity.

My Commission Expires:

2-20-21

Type/Print Name: Donna M Johnson
Notary Public
(NOTARY SEAL)

PROPERTY ADDRESS:
85 Botka Hill road, Livermore, Maine

ANDROSCOGGIN COUNTY
TINA M CHOUINARD
REGISTER OF DEEDS

LEGAL    v2

EXHIBIT F