Bk 10134 Pg179 #12834
07-19-2019 @ 11:03a

Record and Return to:
Doonan, Graves & Longoria
Attn: Nancy McFadden ℓ
100 Cummings Center, 225D
Beverly, Massachusetts 01915

## ASSIGNMENT OF MORTGAGE

Know that, for valuable consideration, **Mortgage Electronic Registration Systems, Inc., its successors and assigns, as nominee for Crescent Mortgage Services, Inc.**, whose address is 1818 Library Street, Suite 300, Reston, VA 20190 ("ASSIGNOR"), hereby sells, assigns, and transfers to **Planet Home Lending, LLC**, whose address is 321 Research Pkwy, Meriden, CT, 06450 ("ASSIGNEE"), the Assignor's interest in a certain note; and mortgage to **First Portland Mortgage Corporation** made by **Lori A. Mardosa** has been given to secure payment of the sum of $69,350.00 and interest, dated November 22, 2002, in **Androscoggin County Registry of Deeds in Book 5205, Page 58**, describing land therein as:

**85 Botka Hill Road, Livermore, Maine 04253**

Mortgage Electronic Registration Systems, Inc., its successors and assigns, as nominee for Crescent Mortgage Services, Inc.,, Assignor

Dated: July 9, 2019

By: Thomas M. O'Connell
Its: Assistant Secretary

### CORPORATE ACKNOWLEDGMENT

State of **CONNECTICUT**
County of **NEW HAVEN** ) ss.

On the **9th** day of **July** in the year 20**19** before me, the undersigned, personally appeared **Thomas M. O'Connell**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned.

I certify under PENALTY OF PERJURY under the laws of the State of **CONNECTICUT** that the foregoing paragraph is true and correct.

Notary Public

CARRIE M. PAPPAS
NOTARY PUBLIC
State of Connecticut
My Commission Expires
January 31, 2023

ANDROSCOGGIN COUNTY
TINA M CHOUINARD
REGISTER OF DEEDS



EXHIBIT G